UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

| | |
|---|---|
| LORI DAVIS, Individually and For Others Similarly Situated,<br><br>  Plaintiff,<br><br>v.<br><br>TOTALMED, INC. and MEDICAL STAFFING SOLUTIONS, LLC<br><br>  Defendant. | Case No. 23-CV-162 |

## UNOPPOSED MOTION FOR APPROVAL OF FLSA SETTLEMENT

Plaintiff, Lori Davis (Plaintiff) submits the following Unopposed Motion for Approval of FLSA Settlement, Memorandum in Support of the Unopposed Motion (Memorandum), and Proposed Order. For the reasons set forth in the Memorandum, the Plaintiff respectfully requests the Court enter an Order:

(1) Approving the Parties' settlement set forth in the Parties' Settlement Agreement and Release as a fair and reasonable resolution of a *bona fide* dispute;

(2) Approving Plaintiff's Counsel's attorneys' fees and costs;

(3) Approving the Service Award to Plaintiff; and

(4) Approving the notice forms and methods.

Respectfully submitted,

Dated: January 17, 2024

By: /*s/Richard M. Schreiber*
One of Plaintiff's Attorneys

Larry A. Johnson Wisconsin Bar No. 1056619
Connor J. Clegg Wisconsin Bar No. 1118534
Attorneys for Plaintiff
Hawks Quindel, S.C.
5150 North Port Washington Road, Suite 243
Milwaukee, WI 53217
Telephone: (414) 271-8650
Fax: (414) 207-6079
E-mail: ljohnson@hq-law.com
cclegg@hq-law.com

Michael A. Josephson Texas State Bar No. 24014780
Richard M. Schreiber Texas State Bar No. 24056278
Attorneys for Plaintiff
Josephson Dunlap, LLP
11 Greenway Plaza, Suite 3050
Houston, Texas 77046
Telephone: (713) 352-1100
Fax: (713) 352-3300
Email: mjosephson@mybackwages.com
rschreiber@mybackwages.com

Richard J. (Rex) Burch Texas State Bar No. 24001807
Attorney for Plaintiff
Bruckner Burch, P.L.L.C.
11 Greenway Plaza, Suite 3025
Houston, Texas 77046
Telephone: 713-877-8788
Fax: 713-877-8065

***Attorneys for Plaintiff and Others Similarly Situated***

## CERTIFICATE OF SERVICE

I served this document by ECF electronic filing on all known parties in accordance with the Federal Rules of Civil Procedure.

*/s/ Richard M. Schreiber*
Richard M. Schreiber

## CERTIFICATE OF CONFERENCE

I conferred with counsel for Defendant who are unopposed to the relief sought in this Motion.

*/s/ Richard M. Schreiber*
Richard M. Schreiber
