UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

LORI DAVIS, individually and
on behalf of others similarly situated,

        Plaintiff,

        v.        Case No. 23-C-162

TOTALMED, INC. and
MEDICAL STAFFING SOLUTIONS, LLC,

        Defendants.

---

## ORDER GRANTING APPROVAL OF FLSA SETTLEMENT

---

On this day, the Court considered Plaintiff's Unopposed Motion for Approval of an FLSA Settlement by Named Plaintiff, Lori Davis, on behalf of herself and the Settlement Class Members. The Court has considered the Settlement Agreement and its exhibit, and the submissions of counsel, and hereby finds and orders as follows:

    1.    The Court finds that the settlement memorialized in the Settlement Agreement filed with the Court is fair, reasonable, and adequate. The settlement is the result of arm's-length negotiations, between experienced attorneys who are familiar with collective action litigation in general and with the legal and factual issues of this case in particular. The settlement, therefore, meets the requirements for approval.

    2.    The Court grants approval of the parties' Settlement Agreement.

    3.    The Court approves the full and final extinguishment of the released claims of the Settlement Class Members as set forth in the Settlement Agreement as a fair and reasonable resolution of a *bona fide* disputes under the Fair Labor Standards Act (FLSA).

4. The Court appoints, for settlement purposes, Josephson Dunlap, LLP, Bruckner Burch, PLLC, and Hawkes Quindel, S.C., as class counsel for the purposes of settlement and the releases and other obligations therein.

5. The Notice to be provided as set forth in the Motion to Approve Settlement is hereby found to be the best practicable means of providing notice under the circumstances and, when completed, shall constitute due and sufficient notice of the proposed settlement. The Notice is accurate, objective, and informative and provides the Settlement Class Members with all of the information necessary to make an informed decision regarding their participation in the settlement and its fairness.

6. The Notice of Settlement of the Lawsuit, attached to the Motion to Approve Settlement as Exhibit 2, is approved. Class counsel is authorized to mail those documents to the Settlement Class Members as provided in the Settlement Agreement.

7. Neither this Order, the Settlement Agreement, nor any other documents or information relating to the settlement of this litigation shall constitute, be construed to be, or be admissible in this litigation or any other proceeding as evidence: (a) that any group of similarly situated or other employees exists to maintain a collective action under the FLSA, or comparable state laws or rules, (b) of an adjudication of the merits of this litigation, (c) an adjudication of any of the matters subject to the releases in the Settlement Agreement, (d) that any party has prevailed in this case, or (e) that Defendants or the released parties have engaged in any wrongdoing.

**SO ORDERED** at Green Bay, Wisconsin this 19th day of January, 2024.

s/ William C. Griesbach
William C. Griesbach
United States District Judge